UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>MARE ISLAND SALES, LLC.; MIKE MANUEL,<br><br>               Defendants. | 2:07-cv-02378-GEB-EFB<br><br>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

       The November 6, 2007, Order Setting Status (Pretrial Scheduling) Conference ("November 6 Order") scheduled a status conference in this case for February 19, 2008, and required the parties to file a joint status report no later than fourteen days prior to the status conference.  The Order further required that a status report be filed regardless of whether a joint report could be procured.[1]  No status report was filed.

---

[1]    As the Order states:

> The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file

(continued...)

1

1    Plaintiff is Ordered to Show Cause (OSC) in a writing to be
2 filed no later than 4:00 p.m. on March 3, 2008, why sanctions should
3 not be imposed against it and/or its counsel under Rule 16(f) of the
4 Federal Rules of Civil Procedure for its failure to file a timely
5 status report.

6    The written response shall also state whether Plaintiff or
7 its counsel is at fault, and whether a hearing is requested on the
8 OSC.[2]  If a hearing is requested, it will be held on March 17, 2008,
9 at 9:00 a.m., just prior to the status conference, which is
10 rescheduled to that date.  In accordance with the requirements set
11 forth in the November 6 Order, a status report shall be filed no later
12 than March 3, 2008 in which Plaintiff is required to explain the
13 status of the default issue.  (Although it was determined that
14 Plaintiff is seeking default judgment when the docket was reviewed to
15 determine to whom this OSC should issue, Plaintiff was obligated to
16 ///
17 ///
18 ///
19 ///

---

[1](...continued)
a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

November 6 Order at 2 n.1.

[2]   "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged."  Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients.  In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

2

file a status report, because the Court has no obligation to try to discern the status of a case by checking docket entries.)

IT IS SO ORDERED.

Dated: February 11, 2008

GARLAND E. BURRELL, JR.
United States District Judge