IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MARE ISLAND SALES, LLC., and MIKE MANUEL,<br><br>               Defendants. | 2:07-cv-02378-GEB-EFB<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

      Plaintiff's status report filed on March 3, 2008, asserts the only matter remaining for decision is a default judgment. Therefore, the status (pretrial scheduling) conference scheduled for March 17, 2008, is continued to June 9, 2008, at 9:00 a.m. Plaintiff shall file a status report not later than fourteen days prior to the June 9 scheduling conference, in which Plaintiff is only required to explain the status of the default judgment.

      IT IS SO ORDERED.

Dated: March 7, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge