IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                 2:07-cv-2378-GEB-EFB

    vs.

MARE ISLAND SALES, LLC, and
MIKE MANUEL

    Defendant.                             <u>ORDER</u>
_____/

        Plaintiff's application for entry of default judgment was submitted for decision without oral argument on March 17, 2008.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

        On September 16, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.   No objections were filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations filed September 16, 2008, are adopted in full;

2. Plaintiff's application for entry of default judgment against defendants is granted;

3. Judgment is entered in plaintiff's favor and against defendants Mare Island Sales, LLC and Mike Manuel, jointly and severally, in the amount of $225,745.73; and,

4. The Clerk is directed to close this case.

Dated: September 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2